*January 3, 2018*

**United States Bankruptcy Court**

I Richard Popan am writing for a request of a hearing in regard's to missing documents that I haven't filed. At the courts request, I'm filing for a hearing before the Honorable judge Michael B.Kaplan on January 24, 2018 at 10:00.

I'm also requesting for extended time for the missing documents  I need.

**FILED**
JEANNE A. NAUGHTON, CLERK

JAN - 4 2018

U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

**Sincerely Yours**

Richard Popan

*Richard Popan*

**Denise Popan**

*Denise Popan*

**Case#17-35769-MBK**