UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Case No.: __17-35769__ |
| Richard Michael Popan and Denise Ann Popan | : | |
| | : | Adv. No.: _____ |
| | : | |
| | : | Judge: __MBKaplan__ |
| Debtor (s), | : | |
| _____ | : | Chapter: _____7_____ |

# NOTICE OF SCHEDULED HEARING

You are hereby notified of a hearing before the Honorable _____Michael B. Kaplan_____, United States Bankruptcy Judge.

**Reason for Hearing:** Objection to Order to Show Cause Why Case Should Not be Dismissed for re: Failure to File Missing Documents

**Location of Hearing:** Courtroom No. __8__
US Bankruptcy Court
402 East State Street
Trenton, NJ 08608

**Date and Time:** February 6, 2018 at 10:00 a.m.,

**COURT APPEARANCES:** __✓__ ARE REQUIRED    _____ ARE NOT REQUIRED

DATED: __January 8, 2018__        JEANNE A. NAUGHTON, Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on __January 8, 2018__ the foregoing notice was served on the following: Debtor, Joint Debtor, Trustee and US Trustee.

JEANNE A. NAUGHTON, Clerk