UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                              : Case No.:    17-35769
Richard Michael Popan and Denise Ann Popan          :
                                                    : Adv. No.:    _____
                                                    :
                                                    : Judge:       MBKaplan
          Debtor (s),                               :
_____          : Chapter:         7

## NOTICE OF SCHEDULED HEARING

You are hereby notified of a hearing before the Honorable      Michael B. Kaplan     , United States Bankruptcy Judge.

**Reason for Hearing:**     Objection to Order to Show Cause Why Case Should Not be Dismissed for re: Failure to File Missing Documents

**Location of Hearing:**    Courtroom No.   8
                            US Bankruptcy Court
                            402 East State Street
                            Trenton, NJ  08608

**Date and Time:**          February 6, 2018 at 10:00 a.m.         ,

**COURT APPEARANCES:**    ✓  ARE REQUIRED        ____ ARE NOT REQUIRED


DATED:     January 8, 2018                    JEANNE A. NAUGHTON, Clerk


## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on  January 8, 2018          the foregoing notice was served on the following:   Debtor, Joint Debtor, Trustee and US Trustee.




JEANNE A. NAUGHTON, Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-35769-MBK
Richard Michael Popan                                                   Chapter 7
Denise Ann Popan
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Jan 08, 2018
                              Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2018.
db/jdb          Richard Michael Popan,    Denise Ann Popan,    2513 Hiering Road,    Toms River, NJ    08753-4613

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2018 at the address(es) listed below:
              Bunce   Atkinson    bunceatkinson@aol.com,    NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank
               National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
               2006-HE10, Asset-Backed Certificates Series 2006-HE10 rsolarz@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                                         TOTAL: 3