Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  17–35769–MBK
Chapter:  7
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Richard Michael Popan
2513 Hiering Road
Toms River, NJ 08753–4613

Denise Ann Popan
2513 Hiering Road
Toms River, NJ 08753–4613

Social Security No.:
  xxx–xx–9268                                    xxx–xx–3110

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

      NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case
as to the:
      Debtor and Joint Debtor was entered on January 24, 2018.

      Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 25, 2018
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-35769-MBK
Richard Michael Popan                                              Chapter 7
Denise Ann Popan
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Jan 25, 2018
                             Form ID: 148          Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 27, 2018.
db/jdb        Richard Michael Popan,   Denise Ann Popan,   2513 Hiering Road,   Toms River, NJ  08753-4613
517248795     +NJ Division of Motor Vehicles,   225 East State Street,   Trenton, NJ 08666-0001
517248793     +RNN Group,   c/o Pressler & Pressler,   7 Entin Road,   Parsippany, NJ 07054-5020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 25 2018 23:28:41     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 25 2018 23:28:37     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517248794     +EDI: CAPITALONE.COM Jan 25 2018 23:08:00     Capital One Bank USA,   PO Box 30281,
                 Salt Lake City, UT 84130-0281
517248791     +E-mail/Text: jennifer.chacon@spservicing.com Jan 25 2018 23:29:37     SPS-Select Portfolio,
                 PO Box 65250,   Salt Lake City, UT 84165-0250
517248792      E-mail/Text: jennifer.chacon@spservicing.com Jan 25 2018 23:29:37
                 Select Portfolio Servicing Inc.,   PO Box 65250,   Salt Lake City, UT 84165-0250
                                                                                 TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +NJ Division of Motor Vehicles,   225 East State Street,   Trenton, NJ 08666-0001
                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 25, 2018 at the address(es) listed below:
        Bunce Atkinson    bunceatkinson@aol.com,  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
        Rebecca Ann Solarz    on behalf of Creditor   U.S. Bank, N.A., successor trustee to LaSalle Bank
         National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
         2006-HE10, Asset-Backed Certificates Series 2006-HE10 rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                   TOTAL: 3