UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on January 24, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re: Richard Michael Popan and Denise Ann Popan | Case No.: 17-35769 |
| | Chapter: 7 |
| | Judge: KAPLAN |

# ORDER DISMISSING CASE
# FOR FAILURE TO FILE CREDIT COUNSELING

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 24, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of the Court and for good cause shown, it is

ORDERED that this case is dismissed and any discharge which was granted is vacated. All outstanding fees to the Court are due and owing and must be paid within seven (7) days of the date of this Order.

Pursuant to Fed. R. Bankr. P. 2002(f), the Clerk shall notify all parties in interest of the entry of this order.

*rev.12/1/09*

United States Bankruptcy Court
District of New Jersey

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 17-35769-MBK
Richard Michael Popan　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7
Denise Ann Popan
　　　　Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3　　　　User: admin　　　　Page 1 of 1　　　　Date Rcvd: Jan 25, 2018
　　　　　　　　　　　　　　Form ID: pdf903　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2018.
db/jdb　　　Richard Michael Popan,　　Denise Ann Popan,　　2513 Hiering Road,　　Toms River, NJ   08753-4613

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2018　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2018 at the address(es) listed below:
　　　　　　Bunce　Atkinson　　bunceatkinson@aol.com,　NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
　　　　　　Rebecca Ann Solarz　　on behalf of Creditor　　U.S. Bank, N.A., successor trustee to LaSalle Bank
　　　　　　　National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
　　　　　　　2006-HE10, Asset-Backed Certificates Series 2006-HE10 rsolarz@kmllawgroup.com
　　　　　　U.S. Trustee　　USTPRegion03.NE.ECF@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 3