Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.: 17–35769–MBK
                        Chapter:  7
                        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Richard Michael Popan                         Denise Ann Popan
   2513 Hiering Road                               2513 Hiering Road
   Toms River, NJ 08753–4613                Toms River, NJ 08753–4613

Social Security No.:
   xxx–xx–9268                                        xxx–xx–3110

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Bunce Atkinson is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>March 12, 2018</u>                 <u>Michael B. Kaplan</u>
                                            Judge, United States Bankruptcy Court